AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schiltz, Patrick J. | 2. Court or Organization<br><br>U.S. District Court, Minnesota | 3. Date of Report<br><br>05/08/2011 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>United States Courthouse<br>300 South Fourth Street - Suite 14E<br>Minneapolis, MN 55415 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Minnesota Chapter of Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | University of St. Thomas (salary and summer research stipend) |
| 2. | 2010 | West Services, Inc. (payment for work on casebook supplement) |
| 3. | 2010 | Indiana Wesleyan University, Marion, IN (honorarium of $1500) |
| 4. | 2010 | Saint Anselm Institute for Catholic Thought, Charlottesville, VA (honorarium of $1000) |
| 5. | 2010 | Saint Benedict Church, Richmond, VA (honorarium of $500) |
| 6. | 2010 | College of St. Scholastica, Duluth, MN (honorarium of $400) |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sandra Day O'Connor College of Law | April 24-27, 2010 | Phoenix, AZ | Participate in National Forum on the Future of Legal Education | Transportation, hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. -- Wells Fargo Bank Accounts | A | Interest | L | T | | | | | |
| 3. -- US Bank Accounts | A | Interest | J | T | | | | | |
| 4. -- Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 5. FAEGRE & BENSON RETIREMENT ACCOUNT #1 | | | | | | | | | |
| 6. -- Vanguard Institutional Index Fund (Y) | | None | | | Closed | 03/01/10 | M | | |
| 7. FAEGRE & BENSON RETIREMENT ACCOUNT #2 | | | | | | | | | |
| 8. -- Vanguard Institutional Index Fund (Y) | | None | | | Closed | 03/01/10 | L | | |
| 9. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #1 | | | | | | | | | |
| 10. -- CREF Stock Fund | | None | M | T | | | | | |
| 11. -- CREF Growth Fund | | None | L | T | | | | | |
| 12. -- CREF Bond Market Fund | | None | K | T | | | | | |
| 13. -- CREF Inflation-Linked Bond Fund | | None | L | T | | | | | |
| 14. UNIVERSITY OF ST. THOMAS 403(b) ACCOUNT #2 | | | | | | | | | |
| 15. -- CREF Stock Fund | | None | M | T | | | | | |
| 16. -- CREF Growth Fund | | None | L | T | | | | | |
| 17. -- CREF Bond Market Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- CREF Inflation-Linked Bond Fund | | None | L | T | | | | | |
| 19. IRA #1 | | | . | | | | | | |
| 20. -- Oakmark Fund (Y) | | None | | | Closed | 02/08/10 | J | | |
| 21. -- Vanguard Total Stock Mkt Idx Fund (X) | C | Dividend | M | T | Open | 02/08/10 | J | | |
| 22. | | | | | Buy | 03/01/10 | M | | |
| 23. IRA #2 | | | | | | | | | |
| 24. -- Oakmark Fund (Y) | | None | | | Closed | 02/08/10 | K | | |
| 25. -- Vanguard Total Stock Mkt Idx Fund (X) | B | Dividend | M | T | Open | 02/08/10 | K | | |
| 26. | | | | | Buy | 03/01/10 | L | | |
| 27. MUTUAL FUNDS | | | | | | | | | |
| 28. -- Fidelity New Markets Income Fund | B | Dividend | K | T | Buy | 02/08/10 | J | | |
| 29. -- Janus Worldwide Fund (Y) | | None | | | Redeemed | 02/01/10 | K | | |
| 30. -- Northeast Investors Trust (Y) | | None | | | Redeemed | 02/01/10 | J | | |
| 31. -- Oakmark Fund (Y) | | None | | | Redeemed | 01/08/10 | J | | |
| 32. -- T. Rowe Price Small-Cap Stock Fund | B | Dividend | K | T | Buy | 02/01/10 | J | | |
| 33. | | | | | Buy | 02/22/10 | J | | |
| 34. -- T. Rowe Price Tax-Free High Yield Fund | B | Dividend | K | T | Buy | 02/01/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy | 02/22/10 | J | | |
| 36. -- Tweedy Browne American Value Fund (Y) | | None | | | Redeemed | 02/01/10 | J | | |
| 37. -- Vanguard GNMA Fund | B | Dividend | K | T | Buy | 01/26/10 | J | | |
| 38. -- Vanguard Intermediate-Term Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 39. -- Vanguard Limited-Term Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 40. -- Vanguard REIT Index Fund | B | Dividend | K | T | Buy | 01/26/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 6: Faegre & Benson Retirement Account #1 was rolled into IRA #1 on 03/01/10 (see line 22).

Part VII, line 8: Faegre & Benson Retirement Account #2 was rolled into IRA #2 on 03/01/10 (see line 26).

Part VII, lines 20-21: IRA #1 was transferred from Oakmark Fund to Vanguard Total Stock Mkt Idx Fund on 02/08/10.

Part VII, lines 24-25: IRA #2 was transferred from Oakmark Fund to Vanguard Total Stock Mkt Idx Fund on 02/08/10.

| Name of Person Reporting | Date of Report |
|---|---|
| Schiltz, Patrick J. | 05/08/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patrick J. Schiltz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544